FILE COPY

FILED

1  Nicholas J. Bontrager, Esq. (SBN 252114)
   Krohn & Moss, Ltd.
2  5055 Wilshire Blvd, Suite 300
   Los Angeles, CA 90036
3  T: (323) 988-2400; F: (866) 802-0021
   Attorneys for Plaintiff,

4

2008 OCT -8  AM 10: 33

CLERK US DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES

BY _____

5  UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

6  WESTERN DIVISION

7

8  ALLEN SCAIFE                        )  Case No. CV08-06615 AHM   VBKx
                                        )
9            Plaintiff,                 )  VERIFIED COMPLAINT AND DEMAND
                                        )  FOR JURY TRIAL
10       vs.                            )
                                        )  (Unlawful Debt Collection Practices)
11 BRACHFELD & ASSOCIATES, PC           )
                                        )
12           Defendant.                 )
   _____)

13

14                          COMPLAINT

15       COMES NOW the Plaintiff, ALLEN SCAIFE ("Plaintiff"), by and through his attorneys,

16 KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, BRACHFELD &

17 ASSOCIATES, PC, alleges and affirmatively states as follows:

18                          INTRODUCTION

19       1.      The United States Congress has found abundant evidence of the use of abusive,

20 deceptive, and unfair debt collection practices by many debt collectors, and has determined that

21 abusive debt collection practices contribute to the number of personal bankruptcies, to marital

22 instability, to the loss of jobs, and to invasions of individual privacy. Congress wrote the Fair

23 Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (hereinafter "FDCPA"), to eliminate

24 abusive debt collection practices by debt collectors, to insure that those debt collectors who

25 refrain from using abusive debt collection practices are not competitively disadvantaged, and to

- 1 -

VERIFIED COMPLAINT

1    promote consistent State action to protect consumers against debt collection abuses.  (15 U.S.C.

2    1692(a) – (e)).

3        2.      Plaintiff, through Plaintiff's attorneys, brings this action to challenge the actions

4    of BRACHFELD & ASSOCIATES, PC (hereinafter "Defendant") with regard to attempts by

5    Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by

6    Plaintiff, and this conduct caused Plaintiff damages.

7        3.      For the purposes of this Petition, unless otherwise indicated, "Defendant"

8    includes all agents, employees, officers, members, directors, heirs, successors, assigns,

9    principals, trustees, sureties, subrogees, representatives and insurers of Defendant named in this

10   caption.

11                              **JURISDICTION AND VENUE**

12       4.      Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that

13   such actions may be brought and heard before "any appropriate United States district court

14   without regard to the amount in controversy."

15       5.      Because Defendant maintains a business office and conducts business in the state

16    of California, personal jurisdiction is established.

17       6.      Venue is proper pursuant to 28 U.S.C. 1391(b)(1).

18       7.      Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

19                                      **PARTIES**

20       8.      Plaintiff is a natural person who resides in the City of East Palo Alto, County of

21   San Mateo, State of California and is obligated or allegedly obligated to pay a debt and is a

22   "consumer" as that term is defined by 15 U.S.C. 1692a(3).

23       9.      Plaintiff is informed and believes, and thereon alleges, that Defendant is a

24   national company with a business headquarters in the City of Torrance, County of Los Angeles,

25   State of California.

- 2 -

VERIFIED COMPLAINT

10.     Plaintiff is informed and believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

11.     Defendant has been placing collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12.     Defendant failed to mail a written letter describing Plaintiff's rights with respect to the debt in controversy within 5 days after the Defendant's initial communication with Plaintiff.

13.     Defendant never mailed any written correspondence to Plaintiff regarding the alleged debt.

14.     Defendant used misleading communication practices by continuously attempting to collect a debt larger than that owed by Plaintiff.

15.     Defendant threatened to garnish Plaintiff's wages if he failed to pay the alleged debt without first possessing a valid judgment against him.

16.     On or about August 9, 2008, Plaintiff retained KROHN & MOSS, LTD., to be his legal representation in the present matter.

## COUNT I

### DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

17.     Plaintiff repeats, reallages and incorporates by reference all of the foregoing paragraphs.

18.     Defendant **violated the FDCPA**.  Defendant's violations include, but are not limited to the following:

- 3 -

VERIFIED COMPLAINT

a)      Defendant violated the FDCPA § 1692e(2)(A) when Defendant, through its agents and employees, falsely represented the amount, character and/or legal status of the alleged debt by asserting Plaintiff  was responsible for paying a larger amount than owed by Plaintiff.

b)      Defendant violated the FDCPA § 1692e(4) when Defendant, through its agents and employees, threatened to garnish Plaintiff's wages without possessing a judgment and thus not legally possible nor actually intended.

c).      Defendant violated the FDCPA § 1692f(1) when Defendant, through its agents and employees, sought collection of and demanded payment for a debt that Plaintiff does not owe and thus not permitted by law.

d).      Defendants violated FDCPA §1692g(a) when Defendant, through its agents, employees, and legal counsel, never mailed written notice to Plaintiff of his rights with respect to the debt owed.

19.      As a consequence of Defendant's foregoing actions, Plaintiff has suffered from stress, anxiety, and humiliation.  (See Exhibit A).

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

20. Declaratory judgment that the Defendant's conduct violated the FDCPA.

21. Actual damages.

22. Statutory damages pursuant to the FDCPA, 15 U.S.C. 1692k.

23. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k.

24. Any other relief that this court deems to be just and proper.

VERIFIED COMPLAINT

1

2

RESPECTFULLY SUBMITTED,

3  DATED:  September 23, 2008               KROHN & MOSS, LTD.

4

5                                          By: _____

6                                          Nicholas J. Bontrager
                                           Attorney for Plaintiff
7

8

9

10

11

12

## **DEMAND FOR JURY TRIAL**
13

PLEASE TAKE NOTICE that Plaintiff, ALLEN SCAIFE, hereby demands trial by jury
14

15  in this action.

16

17

18

19

20

21

22

23

24

25

VERIFIED COMPLAINT

1

## VERIFICATION OF COMPLAINT AND CERTIFICATION

2

3   STATE OF CALIFORNIA)

4       Plaintiff, ALLEN SCAIFE, says as follows:

5

  1   I am the Plaintiff in this civil proceeding.

6  2.  I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information

7      and belief formed after reasonable inquiry.

  3.  I believe that this civil Complaint is well grounded in fact and warranted by existing

8      law or by a good faith argument for the extension, modification or reversal of existing law.

9  4   I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a

10     needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

11 5.  I have filed this Complaint in good faith and solely for the purposes set forth in it.

  6   Each and every exhibit I have provided to my attorneys which has been attached to

12     this Complaint is a true and correct copy of the original

  7   Except for clearly indicated redactions made by my attorneys where appropriate, I

13     have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

14

15

       Pursuant to 28 U.S.C. § 1746(2), I, ALLEN SCAIFE, hereby declare (or certify,

16 verify or state) under penalty of perjury that the foregoing is true and correct.

17

18 Dated: 9/27/08                    _Allen Scaife_____

19                                    ALLEN SCAIFE,
                                      Plaintiff

20

21

22

23

24

25

- 6 -

VERIFIED COMPLAINT

1
2
3
4
5
6
7
8
9

# EXHIBIT A

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

VERIFIED COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — (YES) NO
2. Fear of answering the telephone — (YES) NO
3. Nervousness — (YES) NO
4. Fear of answering the door — (YES) NO
5. Embarrassment when speaking with family or friends — (YES) NO
6. Depressions (sad, anxious, or "empty" moods) — (YES) NO
7. Chest pains — (YES) NO
8. Feelings of hopelessness, pessimism — (YES) NO
9. Feelings of guilt, worthlessness, helplessness — (YES) NO
10. Appetite and/or weight loss or overeating and weight gain — (YES) NO
11. Thoughts of death, suicide or suicide attempts — (YES) NO
12. Restlessness or irritability — (YES) NO
13. Headache, nausea, chronic pain or fatigue — (YES) NO
14. Negative impact on my job — (YES) NO
15. Negative impact on my relationships — (YES) NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: ON 9/25/08 A AGENT FOR SAID BRACHFELD & ASSOCIATES CALLED MY LANDLORD 4PM USING MY NAME ON THEIR MESSAGE SER. PHONE, TO URGENTLY TAKE CARE THIS BILL. THEY SAVED THE RECORDING AND PLAYED IT FOR ME. THE PERSON WAS A. MR RONNIE X 2314

Pursuant to 28 U.S.C § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct

Dated: 9/27/08

_Allen Scaife_
Signed Name

ALLEN SCAIFE
Printed Name

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge A. Howard Matz and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

## CV08- 6615 AHM (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division** <br> 312 N. Spring St., Rm. G-8 <br> Los Angeles, CA 90012 | [ ] **Southern Division** <br> 411 West Fourth St., Rm. 1-053 <br> Santa Ana, CA 92701-4516 | [ ] **Eastern Division** <br> 3470 Twelfth St., Rm. 134 <br> Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

**CV-18 (03/06)**       NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Allen Scaife | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. | CV08-06615 AHM VBKx |
| Brachfeld & Associates, PC | SUMMONS |
| DEFENDANT(S). | |

TO:    DEFENDANT(S):  Brachfeld & Associates, PC

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Nicholas J. Bontrager_____, whose address is _Krohn & Moss, Ltd., 5055 Wilshire Blvd., Suite 300; Los Angeles, CA 90036_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ____OCT - 8 2008_____

By: _Natalie Gongora_

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (12/07)                                          SUMMONS

FILE COPY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Allen Scaife | CASE NUMBER |
| PLAINTIFF(S) | **CV08-06615 AHM VBK** |
| v. | |
| Brachfeld & Associates, PC | **SUMMONS** |
| DEFENDANT(S). | |

TO:    DEFENDANT(S):  Brachfeld & Associates, PC

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _Nicholas J. Bontrager_____, whose address is _Krohn & Moss, Ltd., 5055 Wilshire Blvd., Suite 300; Los Angeles, CA 90036_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____**OCT - 8 2008**_____

By: __**NATALIE LONGORIA**_____

Deputy Clerk

1198

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

FILE COPY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>Allen Scaife | DEFENDANTS<br>Brachfeld & Associates, PC |
|---|---|
| (b) Attorneys (Firm Name Address and Telephone Number If you are representing yourself provide same)<br><br>Krohn & Moss, Ltd; Nicholas J Bontrager Esq<br>5055 Wilshire Blvd Suite 300; Los Angeles, CA 90036<br>(323) 988-2400 | Attorneys (If Known) |

**II BASIS OF JURISDICTION** (Place an X in one box only)

☐ 1 U S Government Plaintiff　☑ 3 Federal Question (U S Government Not a Party)

☐ 2 U S Government Defendant　☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only)

☑ 1 Original Proceeding　☐ 2 Removed from State Court　☐ 3 Remanded from Appellate Court　☐ 4 Reinstated or Reopened　☐ 5 Transferred from another district (specify):　☐ 6 Multi-District Litigation　☐ 7 Appeal to District Judge from Magistrate Judge

**V REQUESTED IN COMPLAINT:** JURY DEMAND: ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No　　☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U S Civil Statute under which you are filing and write a brief statement of cause Do not cite jurisdictional statutes unless diversity)
15 USC 1692 et seq.; Unlawful and Abusive Debt Collection Practices

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc | ☐ 140 Negotiable Instrument | ☐ 330 Fed Employers Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☑ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl Ret Inc Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran s Benefits | ☐ 360 Other Personal Injury | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R R & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | **IMMIGRATION** | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U S Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**　Case Number: __CV08-06615__

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

| CV-71 (05/08) | CIVIL COVER SHEET | Page 1 of 2 |
|---|---|---|

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes list case number(s): _____

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A   Arise from the same or closely related transactions, happenings, or events; or
                                ☐ B   Call for determination of the same or substantially related or similar questions of law and fact; or
                                ☐ C   For other reasons would entail substantial duplication of labor if heard by different judges; or
                                ☐ D   Involve the same patent, trademark or copyright and one of the factors identified above in a, b or c also is present

IX. VENUE: (When completing the following information use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Mateo | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date October 6, 2008

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet (For more detailed instructions see separate instructions sheet)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended Also, include claims by hospitals skilled nursing facilities etc for certification as providers of services under the program (42 U S C 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969 (30 U S C 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act as amended; plus all claims filed for child's insurance benefits based on disability (42 U S C 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act as amended (42 U S C 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended (42 U S C (g)) |